

**FILED**

**2:57 pm, 6/2/26**

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

LONN J. PETERSON,

                                    Plaintiff

vs                                                    Case Number: 26-CV-57-SWS

WYOMING DEPARTMENT OF
TRANSPORATION, et al.,

                                    Defendants

## JUDGMENT IN A CIVIL ACTION

This matter comes before the Court upon the Defendant's Motion to Dismiss case under

Federal Rule of Civil Procedure 12(b)(6) (ECF 5). Pursuant to the Order entered June 2, 2026,

incorporated by reference herein, IT IS HEREBY ORDERED that a Judgment is entered in

favor of the Defendants, and this matter is DISMISSED WITHOUT PREJUDICE.

Dated this 2nd day of June, 2026.

                                    Margaret Botkins
                                    Clerk of Court

                                    By Mariah Schafersman
                                    Deputy Clerk

WY 37                                                                    Rev. 09/17/2024